ORIGINAL

FILED
2008 APR -3 PM 2:09

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  **McDERMOTT WILL & EMERY LLP**
2  DAN CHAMMAS (SBN 204825)
   dchammas@mwe.com
3  JENNIFER C. FERCOVICH (SBN 235002)
   jfercovich@mwe.com
4  NOAH STEINSAPIR (SBN 252715)
   nsteinsapir@mwe.com
5  2049 Century Park East, 38th Floor
   Los Angeles, CA 90067-3218
6  Telephone: 310.277.4110
   Facsimile: 310.277.4730

7  Attorneys for Defendant
   CPI CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| SHEILA M. FISAK,<br><br>Plaintiff,<br><br>v.<br><br>CPI CORPORATION, a Missouri corporation, dba SEARS PORTRAIT STUDIO; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08 CV 0612 W LSP<br><br>**NOTICE OF PARTIES WITH A FINANCIAL INTEREST**<br><br>[F.R.C.P. 7.1 and Local Rule 40.2]] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule of Practice 40.2 for the United States District Court for the Southern District of California, defendant CPI Corp. hereby provides notice that the following entities, along with the defendant and plaintiff may have a financial interest in this case:

1. Consumer Programs Incorporated
2. CPI Images, L.L.C.
3. CPI International Holdings, Inc.
4. CPI Canadian Holdings, Inc.
5. CPI Portrait Studios of Canada Corp.

LAS99 1546034-1.020242.0013

|     |     |                                          |
| --- | --- | ---------------------------------------- |
| 1   | 6.  | Centrics Technology, Inc.                |
| 2   | 7.  | CPI Research and Development, Inc.       |
| 3   | 8.  | myportraits.com, Inc.                    |
| 4   | 9.  | Consumer Programs Partner, Inc.          |
| 5   | 10. | Texas Portraits, L.P.                    |
| 6   | 11. | CPI Portrait Studios de Mexico S. de R.L. de C.V. |
| 7   | 12. | CPI Technology Corp.                     |
| 8   | 13. | LBP Partnership                          |
| 9   | 14. | P&W/LBP Partnership                      |
| 10  | 15. | CPI Prints Plus, Inc.                    |
| 11  | 16. | Ridgedale Prints Plus, Inc.              |

Dated:   April 3, 2008

McDERMOTT WILL & EMERY LLP

By: _____
Jennifer C. Fercovich
Attorneys for Defendant CPI CORP.

PROOF OF SERVICE BY MAIL
FRCP 5(b)(1)(C)
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 38th Floor, Los Angeles, California 90067-3218.

On **April 3, 2008**, I served the foregoing documents described as **NOTICE OF PARTIES WITH A FINANCIAL INTEREST** on the interested parties of record in the action by:

☐ placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows: document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Julia E. Haus
JULIA E. HAUS LAW FIRM
550 West "C" Street, Suite 620
San Diego, California 92101

☒ **BY MAIL**

☐ I deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 3, 2008**, at Los Angeles, California.

Felecia J. McClendon                                    _____

LAS99 1546171-1.020242.0013