UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA M. FISAK,<br><br>        Plaintiff,<br><br>v.<br><br>CPI CORPORATION d.b.a. SEARS PORTRAIT STUDIO,<br><br>        Defendant. | Civil No. 08CV612-W(LSP)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On June 9, 2008, at 2 p.m. the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Julia Haus, Esq. on behalf of plaintiff and Dan Chammas, Esq. on behalf of defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure
/ /

1 | process.  Any further objections to initial disclosure will be
2 | resolved as required by Rule 26.
3 |     2.   The Rule 26(f) conference shall be completed before <u>July
4 | 7, 2008</u>;
5 |     3.   The date of initial disclosure pursuant to Rule
6 | 26(a)(1)(A-D) shall occur before <u>July 21, 2008</u>;
7 |     4.   A discovery plan shall be <u>lodged</u> with Magistrate Judge
8 | Papas on or before <u>August 4, 2008</u>; and,
9 |     5.   A Case Management Conference, pursuant to Federal Rule
10 | of Civil Procedure 16(b) shall be held on <u>August 7, 2008</u>, at <u>8:30
11 | a.m.</u>, in the chambers of Magistrate Judge Leo S. Papas.  Counsel may
12 | participate by telephone conference call.  The Court will initiate
13 | the conference call.
14 |     Failure of any counsel or party to comply with this Order
15 | will result in the imposition of sanctions.
16 |     IT IS SO ORDERED.
17 | DATED:  June 9, 2008
18 |
19 |                                        Hon. Leo S. Papas
20 |                                        U.S. Magistrate Judge
21
22
23
24
25
26
27
28