**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FISAK    v. CPI CORPORATION                            No. 08CV612-W(LSP)

HON. LEO S. PAPAS      CT. DEPUTY JENNIFER JARABEK     Rptr.

                                Attorneys

   Plaintiffs                                        Defendants


The date and time of the Case Management Conference on **August 7, 2008,** at **8:30 a.m.** is vacated. A scheduling order will be issued forthwith.


  X    Copies to: Counsel of Record          ____ Notified by Telephone

DATED: August 5, 2008

                                                _____
                                                Hon. Leo S. Papas
                                                U.S. Magistrate Judge